**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------X
UNITED STATES OF AMERICA,

                                                                        17 **CR.** 785-2 (NSR)
                                                                       20 **CIVIL** 1867 (NSR)

    -against-

                                                                       **JUDGMENT**

DWIGHT SIMMONS,
                Defendant.
-------------------------------------------------------------X

        It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order and Opinion dated July 18, 2023, Defendant's petition pursuant to 28 U.S.C. § 2255 to vacate his conviction is DENIED in all respects.  As Defendant has not made a substantial showing of the denial of a constitutional right, a certificate of appealability will not be issued. See 28 U.S.C. § 2253(c)(2); Love v. McCray, 413 F3d 192, 195 (2d Cir. 2005); Lozada v. United States, 107 F3d 1011, 1017 (2d Cir. 1997), abrogated on other grounds by United States v. Perez, 129 F3d 225, 259-60 (2d Cir. 1997). The Court certifies pursuant to 18 U.S.C. § 1915(a)(3) that any appeal from the order would not be taken in good faith, and therefore in forma pauperis status is denied for the purpose of an appeal. See Coppedge v. United States, 369 US 438, 444-45 (1962); accordingly, case 20 cv 1867 is closed.

**DATED:**  New York, New York
              July 19, 2023

                                                                       **RUBY J. KRAJICK**
                                                                       **Clerk of Court**

                                         **BY:**  *K. Mango*
                                                                       **Deputy Clerk**